U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00103)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 2 4 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. 1:21-CR-00231-TCB-CMS |
| | MAGISTRATE CASE NO. |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: February 24, 2022 | DATE: | DATE: |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>JACK FISHER | FIRST SUPERSEDING INDICTMENT<br>Prior Case Number:<br>Date Filed: |

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   Yes   X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Christopher J. Huber
Defense Attorney: