# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00231-TCB-CMS
### USA v. Lewis et al
### Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 12/23/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 11:30 A.M. | COURT REPORTER: Monty Vann |
| TIME COURT CONCLUDED: 1:00 P.M. | TAPE NUMBER: Zoom |
| TIME IN COURT: 1:30 | DEPUTY CLERK: Angela Smith |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [2]Jack Fisher NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Grace Albinson representing USA |
| | Russ Ferguson representing Jack Fisher |
| | Christopher Huber representing USA |
| | Jessica Kraft representing USA |
| | Richard Rolwing representing USA |
| | Nicholas Schilling representing USA |
| | Brett Switzer representing Jack Fisher |
| | Parker Tobin representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Oral Argument Hearing); |
| MOTIONS RULED ON: | DFT#2-[214]Motion to Suppress TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument heard on the motion. |