# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK FISHER, *et al*.<br><br>Defendant. | CASE NO.:<br>1:21-CR-00231-TCB-CMS |

## ORDER

THIS MATTER IS BEFORE THE COURT upon Defendant Jack Fisher's Motion to Amend his Bond Conditions. Mr. Fisher's Bond Conditions require that he "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution." (Doc. No. 61 at 3). However, he is the ultimate manager of Bay Creek Acquisitions, LLC, an entity for which he is legally and contractually required to make certain communications and financial distributions to the members thereof. For good cause shown, the Motion is **HEREBY GRANTED**. Mr. Fisher is permitted to make the written communication attached to his Motion as Exhibit A and to send the distribution checks mentioned therein with the communication.

**IT IS SO ORDERED** on this 4th day of January, 2023.

_____
Regina D. Cannon
United States Magistrate Judge