IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK FISHER,<br><br>    Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:21-cr-231-TCB |

**O R D E R**

Following Defendant Jack Fisher's objections [994], the Court conducted a *de novo* review of all objected to portions of Magistrate Judge Catherine M. Salinas's non-final report & recommendation (R&R) [990]. For the reasons stated in the R&R and in the Government's response [1002] to Fisher's objections, the Court finds that Magistrate Judge Salinas's factual and legal conclusions were correct and that Fisher's objections [994] do not have any merit. Further, the Court finds no clear error in the portions of the R&R not objected to. The Court therefore adopts as its Order the R&R [990]. Fisher's motion [905] to stay forfeiture pending appeal is DENIED.

IT IS SO ORDERED this 6th day of May, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge